```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

_____
:
JOHN E. JOHNSON, IV, and           :
SALAHUDDIN SMART,                  :
                                   :   No. 22-cv-2373 (NLH)(AMD)
          Plaintiffs,              :
                                   :
     v.                            :   MEMORANDUM OPINION
                                   :
                                   :
COUNTY OF BURLINGTON,              :
et al.,                            :
                                   :
          Defendants.              :
_____:

IT APPEARING THAT:

1. Plaintiffs John E. Johnson, IV, and Salahuddin Smart filed a complaint under 42 U.S.C. § 1983. ECF No. 1.

2. On May 4, 2022, mail sent to Plaintiff Johnson was returned as undeliverable. ECF No. 2.

3. On May 9, 2022, mail sent to Plaintiff Smart was returned as undeliverable. ECF No. 3.

4. Plaintiffs have not communicated with the Court regarding their new addresses, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5. The Clerk of the Court will be ordered to administratively terminate this case. Plaintiffs may reopen this matter by submitting their updated addresses.

6. An appropriate order follows.


Dated: May 11, 2022          s/ Noel L. Hillman
At Camden, New Jersey        NOEL L. HILLMAN, U.S.D.J.